# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER COOPER, and SARA DIMOND, As The Dependent Administrator Of The Estate of Christopher Cooper, DECEDENT, and KENNIA ALEJANDRA GENET ULLOA, Individually And As The Surviving Spouse of Christopher Cooper and Wrongful Death Beneficiary Of The Estate of Christopher Cooper, <br><br> Plaintiffs, <br> v. <br><br> STRYKER CORPORATION and RONALD SKINNER, <br><br> Defendants. | Civil Division <br><br> No. 1:23-cv-1516-DAE <br><br><br> **JURY TRIAL DEMANDED** |

## ORDER

Pursuant to the Parties' stipulation dismissing all claims against all Defendants, this case is hereby **DISMISSED WITH PREJUDICE**, each side to bear its own attorneys' fees and costs.

**THE CLERK IS INSTRUCTED TO CLOSE THE CASE.**

**SO ORDERED.**

SIGNED: Austin, Texas, December 26, 2024.

_____
David Alan Ezra
Senior U.S. District Judge